UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rothschild Broadcast Distribution Systems, LLC

Plaintiff,

-v-

Pexip, Inc.

Defendant.

Case No. 1:20-cv-10301

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rothschild Broadcast Distribution Systems, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Patent Asset Management, LLC

Date: 12/7/20

Jay Johnson

**Signature of Attorney**

**Attorney Bar Code:**