# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Rothschild Broadcast Distribution Systems, LLC

                    Plaintiff,

-against-                              1:20 Civ. 10301 ( )

                                      MOTION FOR ADMISSION

Pexip, Inc.                              PRO HAC VICE

                    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jay Johnson hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Rothschild Broadcast Distribution Systems, LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 12/7/2020

Respectfully Submitted,

Jay Johnson

Applicant Signature: /s/Jay Johnson

Applicant's Name: Jay Johnson

Firm Name: Kizzia Johnson PLLC

Address: 1910 Pacific Ave., Suite 13000

City/State/Zip: Dallas, TX 75201

Telephone/Fax: 214-451-0164/214-451-0165

Email: jay@kjpllc.com