UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rothschild Broadcast Distribution Systems, LLC

Plaintiff,

-against-

Pexip, Inc.

Defendant.

_____

1:20  cv  10301  (    )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____Jay Johnson_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Texas_____; and that his/her contact information is as follows

(please print):

Applicant's Name: _____Jay Johnson_____

Firm Name: _____Kizzia Johnson_____

Address: _____1910 Pacific Ave., Suite 13000_____

City / State / Zip: _____Dallas, TX 75201_____

Telephone / Fax: _____214-451-0164/ 214-451-0165_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____Rothschild Broadcast Distribution Systems, LLC_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge