IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | § | |
|---|---|---|
| Plaintiff, | § | Case No: 1:20-cv-10301 |
| vs. | § | PATENT CASE |
| PEXIP, INC., | § | JURY TRIAL DEMANDED |
| Defendant. | § | **AFFIDAVIT OF JAY JOHNSON** |

COUNTY OF DALLAS )
STATE OF TEXAS )

Under penalties of perjury under Federal law, I hereby attest:

1. I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court;

2. I have never been convicted of a felony;

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court;

4. I have read and understood and will follow the Local Rules of the Southern District of New York.

Dated: December 4, 2020

Respectfully submitted,

**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165

jay@kjpllc.com

**ATTORNEY FOR PLAINTIFF**

Sworn to and subscribed before me, by means of ✓ physical presence or ___ online notarization, this 4th day of December, 2020, by Jay Johnson

JEANNINE C. JIRAL
Notary Public, State of Texas
Comm. Expires 10-04-2024
Notary ID 10590336

NOTARY PUBLIC/STATE OF TEXAS