> Initial conference adjourned from February 1, 2021 to April 9, 2021 at 2:00 p.m.  Call-In:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  1/22/2021
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Kizzia Johnson PLLC
1910 Pacific Ave, SUITE 13000
DALLAS, TEXAS  75201
(W) 214.451.0164
(F) 214.451.0165
KJPLLC.COM

Jay B. Johnson
214.451.0164
jay@kjpllc.com

January 19, 2021

**BY E-FILING**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Courtroom 11D
500 Pearl St.
New York, NY 10007

RE:     *Rothschild Broadcast Distribution Systems, LLC v. Pexip, Inc.*
        *Case No: 1:20-cv-10301-PKC*

Dear Judge Castel:

    I represent Plaintiff Rothschild Broadcast Distribution Systems, LLC, in the above-referenced matter.  Pursuant to Your Honor's Individual Practices 1.B, Plaintiff respectfully submits this letter motion requesting to adjourn the Initial Pretrial Conference currently set for February 1, 2021 for 60 days to April 1, 2021.  Plaintiff has not been able to serve Defendant and needs additional time to do so.  No previous adjournments or extensions have been sought in this case.

    The requested extension will not affect any other scheduled dates.

    Thank you for your attention to this matter.  Should the Court have any questions, please do not hesitate to contact the undersigned.

    Sincerely,

    */s/ Jay B. Johnson*
    Jay B. Johnson
    Kizzia Johnson, PLLC
    1910 Pacific Ave
    Suite 13000
    Dallas, TX 75201
    jay@kjpllc.com

    Counsel for Rothschild Broadcast Distribution Systems, LLC