# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br><br>       Plaintiff,<br><br>v.<br><br>PEXIP, INC.<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-10301-PKC<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant, Pexip, Inc.

**PERI & STEWART, LLC**

Date: January 31, 2021

/s/ Michael T. Stewart
Michael T. Stewart, Esq.
Bar Number: MS7294
Attorneys for Defendant, Pexip, Inc.
450 Lexington Avenue
New York, NY 10017
Email: Mstewart@peristewart.com
Tel. 973-521-7426
Fax. 973-521-7854