**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 1:20-cv-10301-PKC** |
| **v.** | |
| **PEXIP, INC.,** | |
| **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Rothschild Broadcast Distribution Systems, LLC, hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Pexip, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated:  February 6, 2021

Respectfully submitted,

KIZZIA JOHNSON PLLC

*/s/Jay Johnson*
Jay Johnson
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (214) 451 -0164
Facsimile: (214) 451-0165
jay@kjpllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically

and served by operation of the Court's electronic filing system on February 6, 2021.  Parties may access the foregoing through the Court's system.

*/s/Jay Johnson*
Jay Johnson